## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| NOE DIAZ, ET AL, | : | CIVIL CASE NO.: |
| PLAINTIFFS | : | 3:16-cv-01544-WWE |
| | : | |
| v. | : | |
| | : | |
| TORRINGTON CAR CARE, LLC, | : | |
| ET AL, | : | SEPEMBER 4, 2018 |
| DEFENDANTS | : | |

## STIPULATION OF DISMISSAL

Pursuant to rule 41 (a)(1)(A)(ii), the parties hereby stipulate to a judgment of dismissal of this action with prejudice.

| Plaintiffs, | Defendants, |
| NOE DIAZ, et al | TORRINGTON CAR CARE, LLC, et al |
| | |
| _/s/ Richard E. Hayber_____ | _/s/ Kara Summa_____ |
| Richard E. Hayber (ct11629) | Kara Summa (ct29336) |
| The Hayber Law Firm, LLC | Summa & Ryan, P.C. |
| 221 Main Street, Suite 502 | 228 Meadow Street, Suite 303 |
| Hartford, CT 06106 | Waterbury, CT 06702 |
| (860) 522-8888 telephone | (203) 755-0390 telephone |
| (860) 218-9555 facsimile | (203) 756-8756 facsimile |
| rhayber@hayberlawfirm.com | kjsumma@summaryan.com |

## **CERTIFICATION OF SERVICE**

      I hereby certify that on **September 4, 2018**, a copy of the **STIPULATION OF DISMISSAL** was filed electronically [and service made by mail to anyone unable to accept electronic filing].  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail for anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

      */s/ Richard E. Hayber*
      Richard E. Hayber